**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **ANGELA MINK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12cv0446** |
| **v.** | ) | |
| | ) | **Judge Trauger** |
| **PASSPORT HEALTH** | ) | **Magistrate Judge Griffin** |
| **COMMUNICATIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND
APPROVED FOR ENTRY:

 s/ Tara L. Swafford
Tara L. Swafford, BPR No. 17577
Elizabeth G. Hart, BPR No. 30070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
P: (615) 599-8406
F: (615) 807-2355
Email: tara@swaffordlawfirm.com
        betsy@swaffordlawfirm.com

Attorneys for Plaintiff

PASSPORT HEALTH COMMUNICATIONS, INC.

 s/ Fred J. Bissinger    (w/permission)
Fred J. Bissinger, BPR No. 19671
Anne T. McKnight, BPR No. 26476
Wimberly Lawson Wright Daves & Jones, PLLC
200 Fourth Avenue North, Suite 600
Nashville, TN  37219
P: (615) 727-1000
F: (615) 727-1001
Email: fbissinger@wimberlylawson.com
        amcknight@wimberlylawson.com

Rebecca B. Murray, BPR No.11622
Jerome D. Pinn, BPR No. 17848
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Avenue, Suite 900
Knoxville, TN 37902
P: (865) 546-1000
F: (865) 546-1001
Email: rmurray@wimberlylawson.com
        jpinn@wimberlylawson.com

Attorneys for Defendant